# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

IN RE: JUNIOR LARRY HILLBROOM LITIGATION

CASE NO. 1:10- CV-0009

**STATUS REPORT**

Pursuant to the Court's Order Granting Stipulated Request to Continue Trial to Allow the Parties to Complete Mediation [ECF 522] ("Order"), Plaintiff Junior Larry Hillbroom, Defendant/Third Party Plaintiff/Third Party Defendant David J. Lujan, Defendant/Cross-Complainant/Cross-Defendant Barry J. Israel, and Defendant/Third Party Defendant/Cross-Complainant/Cross-Defendant Keith Waibel, collectively "the Parties", hereby file the following Status Report with the Court.

Since the entry of the Order, all of the Parties have been conferring diligently together and with the mediation service, Judicate West, to schedule mediation with the Parties' agreed upon mediator. Pending final confirmation from the mediator who is currently out of the United States but returning later this week, the dates of February 11-12, 2020 in San Francisco, California have been set for the mediation. The Parties do not anticipate any changes to the scheduled mediation but will promptly inform the Court should any occur.

Respectfully submitted,

Date: November 19, 2019      FOR JUNIOR LARRY HILLBROOM

/s/ Rachel A. Dimitruk
Rachel A. Dimitruk
Dimitruk Law Office

| | | |
|---|---|---|
| 1 | Date:  November 19, 2019 | FOR BARRY J. ISRAEL |
| 2 | | |
| 3 | | /s/ Theodore W. Frank_____ |
| | | Theodore W. Frank |
| 4 | | PARKER MILLS LLP |
| 5 | | Attorneys for Defendant Barry J. Israel |
| 6 | | |
| 7 | Date:  November 19, 2019 | FOR DAVID J. LUJAN |
| 8 | | |
| 9 | | /s/ David J. Lujan_____ |
| 10 | | David J. Lujan |
| | | Pro Se |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Date:  November 19, 2019 | FOR KEITH WAIBEL |
| 15 | | |
| 16 | | /s/ Keith Waibel_____ |
| 17 | | Keith Waibel |
| | | Pro Se |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# CERTIFICATE OF SERVICE

I hereby certify that the following were served with the foregoing document and all attachments thereto via the Court's Case Management/Electronic Case Filing system:

David Parker
William K. Mills
Theodore W. Frank
PARKER MILLS LLP
800 W. 6th Street, Suite 500
Los Angeles, CA 90017
(213) 622-4441
Email: mills@parkermillsllp.com

TORRES BROTHERS, LLC
ATTORNEYS AT LAW
Victorino DLG Torres (F0253)
PO Box 501856
Saipan, Northern Marianas Islands 96950
(670) 233-5503

*Attorneys for Barry Israel*

David J. Lujan, *pro se*
DNA Bldg. 238 Archbishop Flores St., Suite 300
Hagatna, GU 96910
(671) 477-8064
Email: dil@lawguam.com

Keith A. Waibel, *pro se*
2747 Indigo Ct.
Morro Bay, CA 93443
(805) 772-5405
Email: KWSW81@aol.com

Dated:  November 19, 2019

/s/ Rachel A. Dimitruk
RACHEL A. DIMITRUK
Attorney for Plaintiff